**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOHAN JOSE MUNOZ FONTEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02408-TLP-cgc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER DIRECTING STATUS UPDATE**

On April 10, 2026, pro se Petitioner Johan Jose Munoz Fonten, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee ("ICE Facility") since November 2025,[1] petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  The Court ordered Respondent to show cause why the Writ should not be granted.  (ECF No. 5.)  It also ordered Respondent not to remove Petitioner from the Western District of Tennessee while the Petition remains pending.  (*Id.*)  And it further ordered Petitioner to reply within fourteen days of service.  (*Id.*)  Respondent timely responded.  (ECF No. 7.)  But Petitioner has failed to do so.  Given Petitioner's ability to file this Petition, the Court hesitates before dismissing for failure to prosecute.

The Court therefore **DIRECTS** Respondent to provide a status update to the Court.  The update shall include:

---

[1] Petitioner's identification number is A 243-077-392.  (ECF No. 1 at PageID 1.)

1

(1)     An update of Petitioner's status.  Specifically, whether Petitioner has been
        provided a bond hearing on the merits;[2] and if so, whether he has been released or
        is still detained.  If he has been released, the Court will dismiss the Petition as
        moot.

(2)     But if Petitioner is still detained and the basis of his detention is 8 U.S.C. §
        1225(b)(2)(A), Respondent shall either distinguish this case from *Lopez-Campos
        v. Raycraft*, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), or state why *Lopez-
        Campos* otherwise does not apply.  If no such showing is made, Respondent shall
        state whether he consents to the issuance of the writ.

(3)     And if Petitioner is still detained, the update shall include whether the ICE
        Facility has provided a copy of this Court's mailings to Petitioner.

Respondent shall provide this update within **seven (7) days** of entry of this Order.

        **SO ORDERED**, this 1st day of June, 2026.

                                        s/ Thomas L. Parker
                                        THOMAS L. PARKER
                                        UNITED STATES DISTRICT JUDGE

---

[2] An immigration judge denied Petitioner bond in February 2026, finding that it lacked
jurisdiction under *Matter of Q. Li*.  (ECF No. 1-4.)